Brian L. Hansen (13729)
FELLER & WENDT, LLC
1834 E 3100 N
Layton, Utah 84040
Telephone: (801) 499-5060
Facsimile: (801) 499-5064
*brianhansen@fellerwendt.com*

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **CONRADO ECHEVERRIA,** an individual**, HILDA MUNGUIA,** an individual**, & SARIAH ECHEVERRIA,** an individual<br><br>    Plaintiffs,<br><br>  vs.<br><br>**UNITED STATES OF AMERICA,** a governmental entity<br><br>    Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>Case No. 1:20-CV-00149-BSJ<br><br>Judge: JENKINS |

It IS HEREBY STIPULATED AND AGREED among the parties that the above-captioned matter and the complaint filed therein is herby dismissed with prejudice as to all claims between CONRADO ECHEVERRIA, HILDA MUNGUI, SARIAH ECHEVERRIA, and the UNITED STATES OF AMERICA, each party to pay their own costs and attorney's fee in the matter.

DATED this 6th day of May, 2021.

                                              FELLER & WENDT, LLC

                                              /s/ Brian L. Hansen
                                              BRIAN L. HANSEN
                                              Attorney for Plaintiffs


                                              UNITED STATES OF AMERICA

                                              /s/ Amanda Berndt
                                              AMANDA BERNDT
                                              Attorney for Defendant

Page **2** of **2**
*Echeverria et al. v United States of America*
Stipulation for Dismissal with Prejudice